Argued April 26, reversed May 7, 1979

## STATE OF OREGON, Respondent,
v.
## TERRY MELVIN MORLOCK, *Appellant.*
(No. 78-1090, CA 12966)

593 P2d 1302

H. Thomas Evans, Eugene, argued the cause and filed the brief for appellant.

Mary J. Deits, Assistant Attorney General, Salem, argued the cause for respondent. With her on the brief were James A. Redden, Attorney General, and Walter L. Barrie, Solicitor General, Salem.

Before Schwab, Chief Judge, and Tanzer and Richardson, Judges.

PER CURIAM

## PER CURIAM

In this case there was no proof of venue and a timely motion for judgment of acquittal was made on that ground.

Reversed.